# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.

_____

No. 3D22-856
Lower Tribunal No. B20-12670

_____

**Fenqwavious Lopez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Javier Enriquez, Judge.

Carlos J. Martinez, Public Defender, and Nicholas Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and LOGUE, and LINDSEY, JJ.

ON CONFESSION OF ERROR

PER CURIAM.

Fenqwavious Lopez appeals a final judgment of conviction and sentence rendered on April 13, 2022. The sole issue that Lopez raises on appeal is that the trial court fundamentally erred when it failed to instruct the jury on an essential element of the charge of resisting an officer without violence; that is, that the officer was engaged in the lawful execution of a legal duty at the time when Lopez allegedly resisted. In response, the State has filed a Notice of Confession of Error.

Accordingly, based on our review of the record, as well as the State's commendable confession of error, the final judgment and sentence are reversed and the cause is remanded to the trial court for further proceedings.

Reversed and remanded.